IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                              Plaintiff,

            vs.

MIKEL MILLER,

                              Defendant.

8:15CR172


ORDER

This matter is before the court on defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION FILING DEADLINE [27].  For good cause shown, I find that the motion should be granted.  The defendant will be given an approximate 14-day extension.  Pretrial Motions shall be filed by July 28, 2015.


            IT IS ORDERED:


            1.      Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION FILING DEADLINE [27] is granted.   Pretrial motions shall be filed on or before July 28, 2015.


            2.      The defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial as soon as practicable.


            3.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between July 14, 2015 and July 28, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).


            Dated this 15th day of July, 2015


                              BY THE COURT:

                              s/ F.A. Gossett, III
                              United States Magistrate Judge